UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Travco Insurance Company
                              Plaintiff,

v.                                                   Case No.: 1:23−cv−04731
                                                               Honorable LaShonda A. Hunt

Robert Crimo, Jr., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic status hearing held. Parties report the underlying criminal and state court civil matters are pending, and the deadline to object to dischargeability in the bankruptcy case of Defendant Crimo Jr. has not yet passed. A further telephonic status hearing is set for 2/21/24, at 9:45 AM. Attorneys/parties should appear for the hearing by calling the Toll−Free Number: 877−336−1828, Access Code: 4082461. Members of the public and media may call in to listen to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.