## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Travco Insurance Company

                    Plaintiff,

v.                                                   Case No.: 1:23−cv−04731

                                                            Honorable Sunil R. Harjani

Robert Crimo, Jr., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Telephonic status hearing set for 6/4/2024 is stricken and reset to 9/17/2024 at 9:15 a.m. as a result of the information provided in the most recent status report [64]. By 9/10/2024, parties shall file joint status report with an update on the case. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.