# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRAVCO INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-04731 |
| v. | ) |
| | ) Hon. Sunil R. Harjani |
| ROBERT CRIMO, JR., ROBERT CRIMO, III, KEELY ROBERTS, individually and as parent and next friend of C.R. and L.R., JASON ROBERTS, individually and as parent and next friend of C.R. and L.R., LAUREN BENNETT, individually and as a parent and next friend of T.B. and W.B., MICHAEL BENNETT, individually and as parent and next friend of W.B. and T.B., TERRIE BENNETT, JEFFREY BENNETT, DEBORAH SAMUELS, ELLIOT SAMUELS, BRUCE SUNDHEIM, as Special Administrator of the Estate of JACQUELINE SUNDHEIM, deceased, PETER STRAUS AND JONATHAN STRAUS, as Co-Administrators of the Estate of STEPHEN STRAUS, deceased, LORENA REBOLLAR SEDANO, MIRNA RODRIGUEZ, individually and as parent and next-friend of J.S., K.S., and O.S., OSCAR SANCHEZ, individually and a parent and next-friend of J.S., K.S., and O.S., AMELIA TENORIO, individually and as parent and next-friend of C.M., ANTONIO MELGAR, individually and as parent and next-friend of C.M, SYLVIA VERGARA, LIZET MONTEZ, GABRIELA VERGARA, RICARDO TOLEDO, individually and a Special Administrator of the Estate of NICOLAS TOLEDO, deceased, PETRA TOLEDO, JOSEFINA TOLEDO, ALEJO TOLEDO, MICHAEL ZEIFERT, individually and as parent and next-friend of B.R.Z., B.M.Z., K.Z., and L.Z., CHRISTINE ZEIFERT, individually and as parent and next-friend of B.R.Z., B.M.Z., K.Z., and L.Z., ELIZABETH TURNIPSEED, and JOSHUA CHUPACK, individually and as next friend of I.C., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

**JOINT STATUS REPORT ON**
**UNDERLYING CIVIL AND CRIMINAL CASES**

On May 30, 2024, upon receipt of the Joint Status Report, the Court set a status conference in the above-captioned case for September 17, 2024. Dkt. 65. The Court also directed the parties to file a status report on September 10, 2024. *Id.* In support thereof, certain of the parties,[1] through their undersigned counsel, state the following:

**I.     Status of Underlying Civil and Criminal Cases**

In the above-captioned action, Plaintiff Travco Insurance Company ("Travco") seeks a declaration that it does not owe a defense to, and is not required to indemnify, Defendants Robert Crimo, Jr. ("Crimo, Jr.") and Robert Crimo, III ("Crimo, III") under a policy of insurance issued to Crimo, Jr. bearing policy number 607044640 633 1 for the policy period of June 24, 2022 to June 24, 2023 (the "Travco Policy") for numerous lawsuits filed against Crimo Jr. and Crimo, III related to the July 4, 2022 mass shooting that occurred in Highland Park, Illinois (the "July 4th Mass Shooting"). There are two categories of lawsuits being brought against Crimo, Jr. and Crimo, III related to the July 4th Mass Shooting: (1) criminal cases brought against Crimo, Jr. and Crimo, III; and (2) civil actions filed in September 2022 by victims of the July 4th Mass Shooting.

***Criminal Cases***: The criminal case against Crimo, III remains ongoing. His trial date is reportedly set for February 25, 2025.[2] He is being held in Lake County Jail.

As stated in the Joint Status Report filed on May 21, 2024, Crimo Jr. reportedly completed a sentence for misdemeanor counts of reckless conduct in December 2023. Dkt. 64.

---

[1]  Neither Defendant Robert Crimo, Jr. nor Defendant Robert Crimo, III has appeared or answered in this action as of the filing of this Joint Status Report.

[2]  Eric Levenson, *Robert Crimo III, accused in July 4th parade mass shooting, backs out of plea deal in court hearing*, CNN (June 26, 2024), https://www.cnn.com/2024/06/26/us/robert-crimo-july-fourth-shooting-plea/index.htm.

*Civil Actions*: Since the parties last filed a Joint Status Report, the twelve civil actions brought by the Shooting Victim Defendants[3] related to the July 4th Mass Shooting against multiple defendants—including Crimo, Jr. and Crimo, III—were remanded to the Circuit Court of Lake County, Illinois. An additional thirteen cases related to the July 4th Mass Shooting brought by other plaintiffs were filed in the Circuit Court of Lake County, Illinois prior to July 4, 2024. On August 13, 2024, the twenty-five cases were consolidated before Judge Jorge Ortiz for the purposes of pre-trial scheduling, discovery and motion practice.

On September 4, 2023, counsel for Crimo, Jr. filed a motion to dismiss in the civil actions, relying solely on the argument that the claims brought against him were included within an order of discharge issued by the United States Bankruptcy Court for the Northern District of Illinois. As of the filing of this Joint Status Report, counsel for Crimo, Jr. has not presented the motion before Judge Ortiz, and therefore a briefing schedule has not yet been set. For the avoidance of doubt, the Shooting Victim Defendants plan to oppose this motion because the discharge order does not preclude the Shooting Victim Defendants from maintaining their claims against Crimo, Jr. in order to ascertain his liability and, if liability is found with respect to their claims, collecting on any relevant insurance policies, including the one issued by Travco. *See* Exhibit A at 2 ("In addition, this discharge does not stop creditors from collecting from anyone who is also liable on the debt, such as an insurance company...").

---

[3] The Shooting Victim Defendants are Keely Roberts, Jason Roberts, Lorena Rebollar Sedano, Ricardo Toledo, Petra Toledo, Josefina Toledo, Alejo Toledo, Amelia Tenorio, Antonia Melgar, Bruce Sundheim, Peter Straus, Jonathan Straus, Sylvia Vergara, Lizet Montez, Gabriela Vergara, Lauren Bennett, Michael Bennett, Terrie Bennett, Jeffrey Bennett, Deborah Samuels, Elliot Samuels, Mirna Rodriguez, Oscar Sanchez, Michael Zeifert, Christine Zeifert, Elizabeth Turnipseed and Joshua Chupack.

As of the filing of this Joint Status Report, Crimo, III has not appeared in the civil actions. The deadline for the Smith & Wesson defendants, Budsgunshop.com LLC, and Red Dot Arms, Inc. to file responsive pleadings to the operative complaints in the civil actions is September 16, 2024. The next status conference in the civil actions is scheduled on September 17, 2024.

II.     **Proposed Next Steps**

Travco does not assert any claims against the Shooting Victim Defendants because they were not parties to the Travco Policy. The Shooting Victim Defendants have been named in this action solely as necessary and indispensable parties due to their civil actions that name Crimo, Jr. and Crimo, III as defendants.

As to Crimo, Jr. and Crimo, III, Travco plans to move for entry of a default judgment finding that Travco owes no duty to defend or indemnify Crimo, Jr. and Crimo, III for the underlying civil actions primarily on the bases that the claims asserted against Crimo, Jr. and Crimo, III: (1) do not allege "bodily injury" caused by an "occurrence" as those terms are defined in the Travco Policy; and (2) the claims asserted in the underlying cases fall within the scope of the Travco Policy's "expected or intended injury" exclusion. Travco anticipates that this Court will be in position to enter such a judgment following resolution of the underlying Crimo, III criminal trial. Travco further anticipates seeking leave to file an Amended Complaint to add as necessary party defendants the plaintiffs in the thirteen newly filed underlying cases referenced above.

The Shooting Victim Defendants anticipate opposing any motion that would seek to decide the applicability of the Travco Policy, since any such decision could impact their ability to access the Travco Policy should liability be found against either Crimo, Jr. or Crimo, III in the

4

civil actions. The Shooting Victim Defendants reserve all rights to raise any legal or factual issues or arguments in connection with any such motion.

Due to the scheduling of a status conference in the civil actions on September 17, 2024, the parties request that the Court continue the hearing set for the same day in this matter until September 24, 2024.

**Dated**: September 10, 2024

| */s/ Drew L. Block* | */s/ Carly Lagrotteria* |
|---|---|
| **PLUNKETT COONEY, P.C.**<br>Charles W. Browning (ARDC #6316494)<br>Drew L. Block (ARDC #6288026)<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>Phone: (248) 901-4000<br>cbrowning@plunkettcooney.com<br>dblock@plunkettcooney.com<br><br>*Attorneys for Travco Insurance Company* | **EVERYTOWN LAW**<br>Carly Lagrotteria<br>450 Lexington Ave.<br>P.O. Box # 4184<br>New York, NY 10017<br>Phone: (646) 324-2036<br>clagrotteria@everytown.org<br><br>Alla Lefkowitz<br>P.O. Box # 14780<br>Washington D.C. 20044<br>Phone: (202) 545-3257<br>alefkowitz@everytown.org<br><br>**ROMANUCCI & BLANDIN, LLC**<br>David A. Neiman<br>Michael E. Holden<br>321 North Clark Street, Suite 900<br>Chicago, IL 60654<br>Phone: (312) 458-1000<br>Fax: (312) 458-1004<br>dneiman@rblaw.net<br>mholden@rblaw.net |
| */s/ Emily Penkowski Perez*<br><br>**EDELSON PC**<br>Emily Penkowski Perez<br>J. Eli Wade-Scott<br>350 North LaSalle Street<br>14th Floor<br>Chicago, Illinois 60654<br>Phone: (312) 589-6370<br>Fax: (312) 589-6378<br>epenkowski@edelson.com<br>ewadescott@edelson.com | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>H. Christopher Boehning*<br>Jeffrey J. Recher*<br>Hallie S. Goldblatt*<br>Jacob D. Humerick* |

5

| | |
|---|---|
| *Attorneys for Elizabeth Turnipseed and Joshua Chupack* | 1285 Avenue of the Americas<br>New York, NY 10019<br>Phone: (212) 373-3700<br>cboehning@paulweiss.com<br>jrecher@paulweiss.com<br>hgoldblatt@paulweiss.com<br>jhumerick@paulweiss.com<br><br>*Attorneys for Keely Roberts, Jason Roberts, Lorena Rebollar Sedano, Ricardo Toledo, Petra Toledo, Josefina Toledo, Alejo Toledo, Amelia Tenorio, Antonia Melgar, Bruce Sundheim, Peter Straus, Jonathon Straus, Sylvia Vergara, Lizet Montez, Gabriela Vergara, Lauren Bennett, Michael Bennett, Terrie Bennett, Jeffrey Bennett, Debora Samuels, Elliot Samuels, Mirna Rodriguez, Oscar Sanchez, Michael Zeifert, and Christine Zeifert* |

*Admitted *pro hac vice*

# EXHIBIT A

Case 23-13722   Doc 34   Filed 02/01/24   Entered 02/01/24 23:17:25   Desc Imaged
Certificate of Notice   Page 1 of 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert E. Crimo Jr. | Social Security number or ITIN   xxx–xx–5240 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ EIN   __–_____ |
| United States Bankruptcy Court   Northern District of Illinois | | |
| Case number:   23–13722 | | |

## Order of Discharge                                                                              12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert E. Crimo Jr.

January 30, 2024                                   **For the court:** Jeffrey P. Allsteadt, Clerk
                                                                        United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                          Order of Discharge                          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 23-13722  Doc 34  Filed 02/01/24  Entered 02/01/24 23:17:25  Desc Imaged
Certificate of Notice  Page 3 of 5

United States Bankruptcy Court
Northern District of Illinois

In re:  
Robert E. Crimo, Jr.  
    Debtor

Case No. 23-13722-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 3  
Date Rcvd: Jan 30, 2024     Form ID: 318     Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

*Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:*

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert E. Crimo, Jr., 115 Pleasant Avenue, Highwood, IL 60040-1814 |
| 30454295 | + | Amelia Tenorio, et. al., c/o Romanucci & Blandin, 321 N. Clark, #900, Chicago, IL 60654-4744 |
| 30454296 | | Asset Recovery Services, LLC, 2200 E. Devon Ave., Suite 200, Des Plaines, IL 60018-4501 |
| 30454297 | + | Bruce Sundheim, et. al., c/o Romanucci & Blandin, 321 N. Clark, #900, Chicago, IL 60654-4744 |
| 30454298 | + | ByLine Bank, 820 Church Street, Evanston, IL 60201-5603 |
| 30454299 | + | Cameo Endotontics, Billing Dept., 7603 W. North Avenue, River Forest, IL 60305-1133 |
| 30454304 | | City of Chicago, Department of Law, P.O. Box 71429, Chicago, IL 60694-1429 |
| 30454310 | + | City of Highwood, 17 Highwood Avenue, Highwood, IL 60040-1595 |
| 30454321 | + | Elizabeth Turnipseed, c/o Ari J. Scharg, 350 N. LaSalle, #400, Chicago, IL 60654-5132 |
| 30454324 | + | GSPC Recovery Fund, LLC, 1347 N. Greenfiled Road, Suite 103, Mesa, AZ 85205-4072 |
| 30454325 | + | HSBC Bank, c/o Manley Deas Kochalski, One E. Wacker, #1250, Chicago, IL 60601-1980 |
| 30454331 | + | Joshua Chopack, c/o Ari J. Scharg, 350 N. LaSalle, #400, Chicago, IL 60654-5132 |
| 30454332 | + | Keely Roberts, et. al., c/o Romanucci & Blandin, 321 N. Clark, #900, Chicago, IL 60654-4744 |
| 30454333 | + | Kyle Blair/Traverler's Insurance, c/o Kralovec & Marquard, 55 W. Monroe St., Ste. 100, Chicago, IL 60603-5001 |
| 30454334 | + | Lauren Bennett, et. al., c/o Romanucci & Blandin, 321 N. Clark, #900, Chicago, IL 60654-4744 |
| 30454335 | + | Leonardi Enterprises, LLC, c/o Larry Karlin, 2501 W. Lawrence Ave., Ste. H, Chicago, IL 60625-2958 |
| 30454336 | + | Lorena Rebollar, c/o Romanucci & Blandin, 321 N. Clark, #900, Chicago, IL 60654-4744 |
| 30454337 | + | Markoff Law LLC, 29 North Wacker Dr., Suite 1010, Chicago, IL 60606-3203 |
| 30454338 | + | McCormick 110 LLC, 11350 McCormick Road, Suite 902, Hunt Valley, MD 21031-1002 |
| 30454339 | | Merchants Cash Partners, 800 Broad Street, New York, NY 10004 |
| 30454340 | + | Michael Zeifert, et. al., c/o Romanucci & Blandin, 321 N. Clark, #900, Chicago, IL 60654-4744 |
| 30454341 | + | Mike Mullen/Traveler's Insurance, c/o Kralovec & Marquard, 55 W. Monroe St., Ste. 100, Chicago, IL 60603-5001 |
| 30454342 | + | Mirna Rodriguez, et. al., c/o Romanucci & Blandin, 321 N. Clark, #900, Chicago, IL 60654-4744 |
| 30454343 | | North Shore Gas, P.O. Box 6050, Carol Stream, IL 60197-6050 |
| 30454348 | + | NorthShore Univ. HealthSytem, Medical Group, 9532 Eagle Way, Chicago, IL 60678-0095 |
| 30454349 | + | Peter Straus, et. al., c/o Romanucci & Blandin, 321 N. Clark, #900, Chicago, IL 60654-4744 |
| 30454351 | + | Ricardo Toledo, Jr., c/o Romanucci & Blandin, 321 N. Clark, #900, Chicago, IL 60654-4744 |
| 30454352 | + | Santander Consumer, USA, c/o NCB Management Services, Inc., P.O. Box 199, Langhorne, PA 19047-0199 |
| 30454353 | | Square Corp. Office, 1455 Mark Street, Suite 600, San Francisco, CA 94103 |
| 30454354 | + | Sylvia Vergara et. al., c/o Romanucci & Blandin, 321 N. Clark, #900, Chicago, IL 60654-4744 |
| 30454356 | + | Travco Inc. Co., c/o Plunkett & Cooney, 38505 Woodward Ave., #100, Bloomfield Hills, MI 48304-5096 |
| 30454358 | + | Village of Arlington Heights, 33 S. Arlington Heights Road, Arlington Heights, IL 60005-1499 |
| 30454360 | + | Waterfall Olympic, 1251 6th Avenue, 50th Floor, New York, NY 10020-1122 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QCLSTEEGE.COM | Jan 31 2024 03:33:00 | Catherine L. Steege, ESQ, Jenner & Block, 353 N. Clark Street, Chicago, IL 60654-5474 |
| 30454302 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jan 30 2024 23:03:00 | Carmax Auto Finance, P.O. Box 440609, |

Case 23-13722   Doc 34   Filed 02/01/24   Entered 02/01/24 23:17:25   Desc Imaged
Certificate of Notice   Page 4 of 5

District/off: 0752-1 User: admin Page 2 of 3
Date Rcvd: Jan 30, 2024 Form ID: 318 Total Noticed: 60

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Kennesaw, GA 30160 |
| 30454303 | + Email/Text: bankruptcynotices@cbecompanies.com | Jan 30 2024 23:05:00 | CBE Group, P.O. Box 2547, Waterloo, IA 50704-2547 |
| 30454300 | EDI: CAPITALONE.COM | Jan 31 2024 03:33:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 30454301 | + EDI: PRA.COM | Jan 31 2024 03:33:00 | Capital One (USA) N.A., c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 30454305 | + Email/Text: finance@cityhpil.com | Jan 30 2024 23:05:00 | City of Highland Park, 1707 St. Johns Avenue, Highland Park, IL 60035-3593 |
| 30454309 | Email/Text: bky@municollect.com | Jan 30 2024 23:03:00 | City of Highwood, c/o MCOA, 3348 Ridge Road, Lansing, IL 60438-3291 |
| 30454314 | + Email/Text: comedbankruptcygroup@exeloncorp.com | Jan 30 2024 23:05:00 | ComEd, Bill Payment Center, Chicago, IL 60668-0001 |
| 30454313 | EDI: COMCASTCBLCENT | Jan 31 2024 03:33:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 30454315 | + EDI: CMIGROUP.COM | Jan 31 2024 03:33:00 | Credit Management, LP, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 30454316 | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2024 23:01:15 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 30454317 | + Email/Text: correspondence@credit-control.com | Jan 30 2024 23:03:00 | Credit One Bank, N.A., c/o Credit Control, LLC, 3300 Rider Trail S., Ste. 500, Earth City, MO 63045-1338 |
| 30454318 | + Email/Text: bankruptcy@credencerm.com | Jan 30 2024 23:05:36 | DirectTV, c/o Credence Resource Management, 4222 Trinity Mills, Ste. 260, Dallas, TX 75287-7666 |
| 30454320 | ^ MEBN | Jan 30 2024 22:48:55 | Dynamic Recovery Solutions LLC, 135 Interstate Blvd., Greenville, SC 29615-5720 |
| 30454322 | Email/Text: bknotice@ercbpo.com | Jan 30 2024 23:04:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 30454323 | + Email/Text: bankruptcy@fncbinc.com | Jan 30 2024 23:02:00 | First Premier Bank, c/o FNCB, Inc., 50 W. Liberty Street Suite 250, Reno, NV 89501-1973 |
| 30464819 | Email/Text: amps@manleydeas.com | Jan 30 2024 23:03:00 | HSBC Bank USA, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 30454326 | + Email/Text: bknotices@fbcs-inc.com | Jan 30 2024 23:03:00 | Huntington Learning Center, c/o FBCS, 330 S,. Warminster Rd., Ste. 353, Hatboro, PA 19040-3433 |
| 30454327 | EDI: IRS.COM | Jan 31 2024 03:33:00 | Internal Revenue Service, Mail Stop 5010 CHI, 230 South Dearborn Street, Chicago, IL 60604 |
| 30454328 | + Email/Text: BKY@conserve-arm.com | Jan 30 2024 23:03:00 | Internal Revenue Service, c/o Continental Service Group Inc., 200 CrossKeys Office Park, Fairport, NY 14450-3510 |
| 30454330 | + EDI: JEFFERSONCAP.COM | Jan 31 2024 03:33:00 | Jefferson Capital Systes, LLC, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 30454345 | + Email/Text: clientservices@sourcerm.com | Jan 30 2024 23:05:00 | North Shore Gas Company, c/o Source Receivables Management, 4615 Dundas Dr., Ste. 102, Greensboro, NC 27407-1761 |
| 30454346 | Email/Text: ucmail@northshorewrd.org | Jan 30 2024 23:04:00 | North Shore Water Reclamation Dist., 14770 W. Wm. Koepsel Dr., Gurnee, IL 60031-0750 |
| 30454350 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 23:01:27 | Resurgent Capital Services, P.O. Box 10497, Greenville, SC 29603-0497 |
| 30454355 | + Email/Text: bankruptcynotices@cbecompanies.com | Jan 30 2024 23:05:00 | The CBE Group, Inc., 1309 Technology Parkway, |

District/off: 0752-1          User: admin          Page 3 of 3
Date Rcvd: Jan 30, 2024          Form ID: 318          Total Noticed: 60

| Recip ID | Bypass/Notice | Delivery Info | Date/Time | Name and Address |
|---|---|---|---|---|
| 30454357 | + | Email/Text: compliance@monarchrm.com | Jan 30 2024 23:03:00 | U.S. Bank, c/o Monarch Recovery Management, 3260 Tillman Dr., Ste. 75, Bensalem, PA 19020-2059 (Cedar Falls, IA 50613-6976) |
| 30454359 | | Email/Text: documents@mcsicollections.com | Jan 30 2024 23:05:00 | Village of Skokie, c/o Municipal Collection Services, P.O. Box 327, Palos Heights, IL 60463-0327 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30454306 | *+ | City of Highland Park, 1707 St. Johns Avenue, Highland Park, IL 60035-3593 |
| 30454307 | *+ | City of Highland Park, 1707 St. Johns Avenue, Highland Park, IL 60035-3593 |
| 30454308 | *+ | City of Highland Park, 1707 St. Johns Avenue, Highland Park, IL 60035-3593 |
| 30454311 | *+ | City of Highwood, 17 Highwood Avenue, Highwood, IL 60040-1595 |
| 30454312 | *+ | City of Highwood, 17 Highwood Avenue, Highwood, IL 60040-1595 |
| 30454329 | *+ | Internal Revenue Service, c/o Continental Service Group Inc., 200 CrossKeys Office Park, Fairport, NY 14450-3510 |
| 30454344 | * | North Shore Gas, P.O. Box 6050, Carol Stream, IL 60197-6050 |
| 30454347 | * | North Shore Water Reclamation Dist., 14770 W. Wm. Koepsel Dr., Gurnee, IL 60031-0750 |
| 30454319 | ##+ | Douglas A. Brooks & Co., 1121 Lake Cook Road, #M, Deerfield, IL 60015-5234 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Catherine L. Steege, ESQ | csteege@jenner.com csteege@ecf.axosfs.com |
| Lester A Ottenheimer, III | on behalf of Debtor 1 Robert E. Crimo Jr. lottenheimer@olawgroup.com, nfishkin@olawgroup.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Todd J Ruchman | on behalf of Creditor HSBC BANK USA N.A. amps@manleydeas.com |

TOTAL: 4