# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Travco Insurance Company

                            Plaintiff,

v.                                                                            Case No.: 1:23–cv–04731

                                                                                 Honorable Sunil R. Harjani

Robert Crimo, Jr., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the information contained in the recent status report, the parties should confer and agree on a briefing schedule on the anticipated motion for default and default judgment, and provide it to the Court in the next status report. Telephonic status hearing previously set for 9/17/2024 is stricken and reset to 10/17/2024 at 9:15 a.m. By 10/10/2024, parties shall file a joint status report. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call–in number is (855) 244–8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.