## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Travco Insurance Company

                              Plaintiff,

v.                                                                      Case No.: 1:23−cv−04731

                                                                                  Honorable Sunil R. Harjani

Robert Crimo, Jr., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the information in the joint status report [74], status hearing previously set for 1/16/2025 is stricken and reset to 4/10/2025 at 9:15 a.m. by telephone. By 4/3/2025, parties shall file an updated joint status report. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The callin number is (855) 2448681 and the access code is 172 628 1276##. **Attorneys of record may not use speakerphones during the status hearing.** Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.